# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Scott Bechtel,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. 06-37-PHX-ROS<br><br>**ORDER** |

On January 4, 2006, Petitioner filed a petition for writ of habeas corpus. (Doc. 1) On April 19, 2006, Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R&R") recommending that the petition be dismissed with prejudice. (Doc. 16) The R&R stated that objections had to be filed within ten days. On May 16, 2006, Petitioner filed a Motion for Extension of Time, seeking a "brief" extension of time in which to file his objections. (Doc. 18) The Court granted the request for extension of time and gave Petitioner until June 19, 2006 to file his objections. (Doc. 20) Petitioner did not file an objection by that date.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121

(9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No timely objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 16) is **ADOPTED** and this case is **DISMISSED WITH PREJUDICE**.

DATED 6/23/06 .

Roslyn O. Silver
United States District Judge